## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## CASE NO: 12-41318
## ADVERSARY PROCEEDING NO: _____

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STACY KUCK | ) | |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| STACY KUCK | ) | **COMPLAINT TO DETERMINE** |
| | ) | **DISCHARGEABILITY OF DEBT** |
| PLAINTIFF | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| DEFENDANT | ) | |
| _____ ) | | |

COMES the Plaintiff, Stacy Kuck, by and through Counsel, and states as follows in support of her Complaint and cause of action against the Defendant:

1.      That Plaintiff filed a Petition for Relief under Chapter 7 of the Bankruptcy Code on October 30, 2012.

2.      That at the time of said filing, Plaintiff owed a tax claim to the Internal Revenue Service in the approximate amount of \$32,817.55 with penalties and interest for tax year 2008.

3.      That said tax claim should be dischargeable pursuant to 11 U.S.C. Section 523(a)(1).

**WHEREFORE**, Plaintiff prays for a Judgment against Defendant determining that the tax claim in the approximate amounts as dischargeable pursuant to 11 U.S.C. Section 523(a)(1).

RESPECTFULLY SUBMITTED:

*/s/Robert A. Cooley*
Robert A. Cooley
Counsel for Plaintiff
425 West Fifth Street
Owensboro, KY 42301
270-685-5586
Rcooley446@aol.com

## VERIFICATION

Hereby comes the Plaintiff, Stacy Kuck, and verifies that she has read the foregoing Complaint to Determine Dischargeability of Debt and the statements contained therein are true and correct to the best of her knowledge and belief.

*/s/ Stacy Kuck*
Stacy Kuck

STATE OF KENTUCKY )

COUNTY OF DAVIESS )

Subscribed and sworn to before me by Stacy Kuck on this the 23 day of January, 2013.

Leah D. Helms         #454842
NOTARY PUBLIC, KY STATE AT LARGE
My commission expires: 11-10-15

THIS DOCUMENT WAS FILED ELECTRONICALLY.