UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

IN RE:

STACY S. KUCK
                  Debtor(s)              Case No.   12-41318 (3)
                                                               Chapter  7

STACY S. KUCK
                  Plaintiff(s)            AP No.   13-4006

vs

INTERNAL REVENUE SERVICE
                  Defendant (s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

All pleadings filed by attorneys and trustees are to be filed electronically. If you have any questions, please contact the Clerk's Office at 502-627-5700.

> **Name of Plaintiff's Attorney**: ROBERT A. COOLEY
>
> **Plaintiff's attorney will receive automatic electronic notice of your answer when it is filed with the court.**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**

                                                                      Diane S. Robl
                                                                   Clerk of the Bankruptcy Court

Date:    January 24, 2013                                            By:  /s/  TINA PRESTON
                                                                                          Deputy Clerk

(This summons has been reproduced electronically. Questions about its authenticity should be directed to the U.S. Bankruptcy Court, Western District of Kentucky, 502-627-5700 from 8:30 am to 4:30 p.m Eastern time Monday through Friday.)

Adv. Case No. 13-4006

**CERTIFICATE OF SERVICE**

   I, _____, certify that the service of this summons, including the Scheduling Order and a copy of the complaint, was made _____ (date) by:

☐  Mail service:  Regular, first class United States mail, postage fully pre-paid, addressed to:

☐   Personal Service:  By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service:  By leaving the process with the following adult at:

☐  Publication:  The defendant was served as follows:  [Describe briefly]

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  State Law:  The defendant was served pursuant to the laws of the State of _____, as follows:  [Describe briefly]
                                 (name of state)

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

   Under penalty of perjury, I declare that the foregoing is true and correct.

_____                _____
*Date*                                        *Signature*

| Print Name |
| --- |
| Business Address |
| City        State        Zip |