Adv. Case No. 13-04006

## CERTIFICATE OF SERVICE

I, **Robert A. Cooley**, certify that I am, and at all times during the service
(name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify
that the service of this summons, the scheduling order and a copy of the complaint was made **January 24, 2013** by:
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**Internal Revenue Service**
**P.O. Box 7346**
**Philadephia, PA 19101-7346**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]
(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

**January 24, 2013**                    **/s/ Robert A. Cooley**
Date                                             Signature

| Print Name | **Robert A. Cooley** | |
|---|---|---|
| Business Address | **425 West Fifth Street** | |
| City **Owensboro** | State **KY** | Zip **42301** |