IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re:<br><br>STACY KUCK,<br><br>　　　　　Debtor.<br><br>STACY KUCK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　　Defendant. | No. 12-bk-41318<br><br>Chapter 7<br><br><br><br><br><br>No. 13-ap-4006 |

## UNITED STATES' ANSWER

The United States of America, as the proper party in interest, responds as follows to the numbered sections of the debtors' complaint:

1. Admitted.

2. Admitted, with the clarification that as of March 25, 2012, plaintiff's 2008 federal income tax liability will be $32,945.14, plus interest and penalties which may continue to accrue after that date.

3. Denied.

//

//

For its additional defenses, the United States avers as follows:

## FIRST DEFENSE

The plaintiff has failed to serve the United States Attorney and the Attorney General, and therefore has failed to effect proper service on the United States.

WHEREFORE, the United States prays that this Court:

A. Dismiss the complaint with prejudice; and

B. Award such other and further relief as is just and proper in the circumstances.

DATE: March 18, 2013

        DAVID J. HALE
        United States Attorney

        KATHRYN KENEALLY
        Assistant Attorney General

        /s/ Christopher W. Sanders
        CHRISTOPHER W. SANDERS
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-1840
        Facsimile: (202) 514-6966
        Email: christopher.w.sanders@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2013, I served the foregoing ANSWER via the Court's ECF system, to the following:

Counsel for debtor
Robert A. Cooley
425 West Fifth Street
Owensboro, KY 42301

    /s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS