IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: ) | |
| ) | No. 12-bk-41318 |
| STACY KUCK, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| STACY KUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 13-ap-4006 |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER

The plaintiff, Stacy Kuck, and the defendant, the United States of America, hereby stipulate and agree as follows:

1. The plaintiff's federal income tax liabilities for taxable year 2008 are excepted from discharge in the above referenced Chapter 7 bankruptcy case.

//


//


//

2. Each party shall bear its respective attorney's fees and costs associated with this adversary proceeding.

IT IS HEREBY ORDERED this _____ day of _____, 2013.

Alan C. Stout
United States Bankruptcy Judge

Dated: July 24, 2013

Prepared and submitted by:

DAVID J. HALE
United States Attorney

KATHRYN KENEALLY
Assistant Attorney General

/s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1840
Facsimile: (202) 514-6966
Email: christopher.w.sanders@usdoj.gov

Seen and agreed to:

/s/ Robert Cooley
Robert Cooley
425 West Fifth Street
Owensboro, KY 42301
dmtaylor1@owens.twcbc.com
(270) 685-5586

2